UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-60309-RAR

**THE CITY OF PEMBROKE PINES, FLORIDA**,

    Plaintiff,

v.

**ZS ASSOCIATES, INC.**,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal without Prejudice [ECF No. 5], filed on May 6, 2022.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *without prejudice*.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of May, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**